IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:25cr216-MHT** |
| | ) | **(WO)** |
| **SHARON JONES GREEN** | ) | |

### ORDER

The government having dismissed the indictment against defendant Sharon Jones Green, *see* Notice of Dismissal (Doc. 90), it is ORDERED that the jury selection and trial set for October 27, 2025, are cancelled for this defendant and defendant Sharon Jones Green is discharged. The case remains pending against her codefendants.

DONE, this the 6th day of October, 2025.

                                             /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**